IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTELLIGENT INVESTMENT INTERNATIONAL LLC, BRANNON CROSSING PARTNERS LLC, WALKS AT JOHNS CREEK PARTNERS LLC, WINDWARD MARKET FOREST LLC, PALISADES WEST PACES PARTNERS LLC, GII SPALDING PLAZA LLC, COOPER VILLAGE PARTNERS LLC, PEACHTREE MED BUILDING PARTNERS LLC, EASTSIDE MED PARTNERS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMILY FU, CAPITAL INVESTMENT INTERNATIONAL, INC., JACOB FU, JOSHUA FU, NINA XU, TOUCHMARK NATIONAL BANK, and SERVISFIRST BANK<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:17-cv-5296-RWS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Intelligent Investment International LLC, Brannon Crossing Partners LLC, Walks at Johns Creek Partners LLC, Windward Market Forest LLC, Palisades West Paces

Partners LLC, GII Spalding Plaza LLC, Cooper Village Partners LLC, Peachtree Med Building Partners LLC, and Eastside Med Partners LLC and Defendants Touchmark National Bank and ServisFirst Bank hereby stipulate that all claims and counterclaims filed by them against each other in this action are dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted, this 6th day of September, 2023.

        SMITH, GAMBRELL
        & RUSSELL, LLP

        */s/ Edward D. Burch, Jr.*
        Edward D. Burch, Jr.
        Georgia Bar No. 094710
        Dennis J. Webb, Jr.
        Georgia Bar No. 743905
        1105 W. Peachtree St. N.E., Ste 1000
        Atlanta, Georgia 30309
        Telephone: (404) 815-3500
        Facsimile: (404) 685-9620
        dwebb@sgrlaw.com
        eburch@sgrlaw.com


        TROUTMAN PEPPER HAMILTON
        SANDERS LLP

        */s/Thomas E. Reilley*
        Thomas E. Reilly
        Georgia Bar No. 600195
        Kasia Hebda
        Georgia Bar No. 637324
        600 Peachtree Street, NE Suite 3000
        Atlanta, Georgia  30308

Telephone: (404) 885-3256
Facsimile: (404) 962-6664
tom.reilly@troutman.com
kasia.hebda@troutman.com

*Attorneys for Defendant Touchmark National Bank*

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ David G. Hymer*
David G. Hymer, admitted *pro hac vice*
Hillary Chinigo Campbell, admitted *pro hac* vice
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
dhymer@bradley.com
hcampbell@bradley.com

William J. Holley, II
Georgia Bar No. 362310
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 868-2002
bholley@bradley.com

*Attorneys for ServisFirst Bank*

JONES DAY

*/s/ Joseph E. Finley*
Joseph E. Finley
(Ga. Bar. No. 261526)
jfinley@jonesday.com
Jennifer Weizenecker
(Ga. Bar No. 218485)
jweizenecker@jonesday.com
Jeffrey A. Kaplan, Jr.
(Ga. Bar No. 859280)
jkaplan@jonesday.com
Sharnell S. Simon
(Ga. Bar No. 299489)
sharnellsimon@jonesday.com
1221 Peachtree Street, N.E. Suite 400
Atlanta, GA 30361
Telephone: 404.581.3939
Facsimile: 404.581.8330

E. Kendrick Smith Law, LLC

*/s/ E. Kenrick Smith*
E. Kendrick Smith
(Ga. Bar No. 656725)
kendricksmith20@gmail.com
2843 Habersham Road NW
Atlanta, GA 30305
Telephone: (404) 376-4501

*Attorneys for Plaintiffs*